**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
Gustavo Ponce, Esq. (SBN: 343430)
gustavo@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Jacqueline Adler

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JACOUELINE ADLER. on behalf of herself and all others similarly situated,

Plaintiff,

vs.

CONSOLIFI LLC,

Defendant.

Case No.: 8:25-cv-00303-GW-KES

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION PURSUANT TO F.R.C.P. 41(a)(1) WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS ONLY AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff JACQUELINE ADLER ("Plaintiff") hereby files this Notice of Voluntary Dismissal of the above-captioned action against Defendant CONSOLIFI LLC ("Defendant") with prejudice as to Plaintiff's individual claims only, and without prejudice as to the putative class. Defendant has not yet answered Plaintiff's Complaint nor moved for summary judgment.

Dated: March 26, 2025

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: *\/s/ Mona Amini*
Abbas Kazerounian, Esq.
David J. McGlothlin, Esq.
Mona Amini, Esq.
Gustavo Ponce, Esq.
*Attorneys for Plaintiff*

KAZEROUNI LAW GROUP, APC

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2025, I caused the foregoing to be filed electronically using the Court's electronic case filing (ECF) system, which will automatically send a notice of electronic filing to the email addresses of all counsel of record.

Dated: March 26, 2025

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: *_/s/ Mona Amini_*
Mona Amini, Esq.
*Attorneys for Plaintiff*